```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 00523
    ROOSEVELT BURNS
    MARY E BURNS                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

             Debtor
    SSN XXX-XX-0985     SSN XXX-XX-6729

------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/10/2008 and was confirmed 03/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/29/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
SANTANDER CONSUMER USA     SECURED VEHIC    31843.00        1622.96       656.55
SANTANDER CONSUMER USA     UNSEC W/INTER      634.27            .00           .00
CITY OF CHICAGO WATER DE   SECURED            390.00            .00         15.00
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00            .00           .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE     1011.25            .00       1011.25
LASALLE NATIONAL           CURRENT MORTG         .00            .00           .00
LASALLE NATIONAL           MORTGAGE ARRE      130.07            .00        130.07
CAPITAL ONE                UNSEC W/INTER      846.98            .00           .00
CAPITAL ONE                UNSEC W/INTER     1259.43            .00           .00
WASHINGTON MUTUAL BANK     MORTGAGE NOTI  NOT FILED            .00           .00
AMERICAN EXPRESS           UNSEC W/INTER  NOT FILED            .00           .00
AMERICASH LOANS            UNSEC W/INTER  NOT FILED            .00           .00
CAPITAL ONE AUTO FINANCE   FILED LATE       12022.71            .00           .00
CITY OF CHICAGO PARKING    UNSEC W/INTER     1484.48            .00           .00
DIRECT MERCHANTS BANK      UNSEC W/INTER  NOT FILED            .00           .00
FIRST NAITONAL CREDIT/LE   UNSEC W/INTER  NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER      624.56            .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER      462.83            .00           .00
NSBC NV                    UNSEC W/INTER  NOT FILED            .00           .00
MIDLAND CREDIT MANAGEMEN   UNSEC W/INTER      712.58            .00           .00
ONE IRON VENTURES          UNSEC W/INTER  NOT FILED            .00           .00
CINGULAR WIRELESS          UNSEC W/INTER  NOT FILED            .00           .00
LVNV FUNDING LLC           UNSEC W/INTER     2132.88            .00           .00
WASHINGTON MUTUAL/PROVID   UNSEC W/INTER  NOT FILED            .00           .00
FINGERHUT DIRECT MARKETI   UNSEC W/INTER      169.06            .00           .00
ROUNDUP FUNDING LLC        UNSEC W/INTER      543.17            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,499.50                     3,499.50
TOM VAUGHN                 TRUSTEE                                          603.08
DEBTOR REFUND              REFUND                                         1,461.59

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00523 ROOSEVELT BURNS & MARY E BURNS
```

```
                            RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     9,000.00

PRIORITY                                                 .00
SECURED                                             1,812.87
    INTEREST                                        1,622.96
UNSECURED                                                .00
ADMINISTRATIVE                                      3,499.50
TRUSTEE COMPENSATION                                  603.08
DEBTOR REFUND                                       1,461.59
                          ---------------    ---------------
TOTALS                      9,000.00               9,000.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 01/27/09         _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE




                             PAGE   2
        CASE NO. 08 B 00523 ROOSEVELT BURNS & MARY E BURNS